IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERVIN DEMETRICE RONEY, II,**<br><br>Plaintiff,<br><br>v.<br><br>**P. ARCHIE, et al.,**<br><br>Defendants. | Case No. 2:23-cv-1324 AC P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR 25-DAY EXTENSION OF DEADLINE TO OPT OUT OF POST-SCREENING EARLY ADR** |

Pending before the Court is Defendants' motion for administrative relief for a 25-day extension of time, up to and including April 4, 2024, to file a motion to opt out of post-screening early ADR.

Good cause shown, IT IS HEREBY ORDERED that Defendants' motion (ECF No. 20) is GRANTED. Defendants' shall file a motion to opt out of post-screening early ADR by April 4, 2024.

DATED: March 11, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE