UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DEMETRICE RONEY, II, | No. 2:23-cv-1324 AC P |
| Plaintiff, | |
| v. | ORDER |
| P. ARCHIE, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a request that defendants either be ordered to participate in a settlement conference or sanctioned for failing to make clear whether they were opting in or out of Early ADR. ECF No. 23. Because defendants did not file a request to opt out of Early ADR, this case was recently scheduled for a settlement conference before the Honorable Dennis M. Cota, to take place on October 7, 2024. ECF No. 22. By not filing a motion to opt out, defendants agreed to participate in an early settlement conference and they have not engaged in any sanctionable conduct.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for ADR participation or sanctions (ECF No. 23) is DENIED.

DATED: May 20, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE